## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Jury Trial Demanded<br><br>Civ. A. No. 22-5209 |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of plaintiff United States of America in the above-captioned case.

                                              Respectfully submitted,

                                              JACQUELINE C. ROMERO
                                              United States Attorney


                                              <u>Landon Y. Jones III</u>
                                              LANDON Y. JONES
                                              Assistant United States Attorney
                                              615 Chestnut Street #1250
                                              Philadelphia, PA 19106
                                              215.861.8323
Dated:  <u>December 29, 2022</u>           landon.jones@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this date a true and correct copy of the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the Electronic Case Filing system. I further certify that it was served via first-class mail upon the following:

>Andrew V. Levander
>Dechert LLP
>Three Bryant Park
>1095 Avenue of the Americas
>New York, NY 10036
>andrew.levander@dechert.com

>Lawrence S. Lustberg
>Gibbons PC
>One Gateway Center
>Newark NJ 07102
>llustberg@gibbonslaw.com

December 29, 2022                                   <u>Landon Y. Jones III</u>
                                                                        LANDON Y. JONES
                                                                        Assistant United States Attorney