UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Jury Trial Demanded<br><br>Civ. A. No. 22-5209 |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of plaintiff United States of America in the above-captioned case.

                                      Respectfully submitted,

                                      BREON PEACE
                                      United States Attorney for the Eastern
                                      District of New York

                                      /s/ Elliot M. Schachner
                                      ELLIOT M. SCHACHNER
                                      Special Attorney to the Attorney General
                                      271 Cadman Plaza East
                                      Brooklyn, New York 11201
                                      Phone: 718-254-6053
                                      Fax:  718-254-7489
Dated:  December 29, 2022              Email:  elliot.schachner@usdoj.gov

**DECLARATION OF SERVICE**

Jeanell Dixon, hereby declares and states as follows:

That on the 29th day of December 2022, I caused to be sent from the 7th Floor, 271 Cadman Plaza East, Brooklyn, New York by Regular Mail the following:

**Letter – EOA for AmerisouceBergen Corp**

Of which the annexed is a true copy, contained in a securely enclosed postpaid wrapper directed to the person at the place and address) as follows:

**Andrew Levander, Esq.**
**Counsel for Defendants**
**Dechert LLP**
**Three Bryant Park, Avenue of the Americas**
**New York, NY 10036-6797**

The undersigned affirms under penalty of perjury that the foregoing is true and correct.


Dated:     Brooklyn, New York
           December 29, 2022

                        /s/ *Jeanell Dixon*
                        Jeanell Dixon