UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Jury Trial Demanded<br><br>Civ. A. No. 22-5209 |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of plaintiff United States of America in the above-captioned case.

Respectfully submitted,

BREON PEACE
United States Attorney for the Eastern
District of New York

/s/ Diane C. Leonardo
DIANE C. LEONARDO
Special Attorney to the Attorney General
610 Federal Plaza, 5th Floor
Central Islip, New York 11722
Phone: (631) 715-7854
Fax: (631) 715-7920
Email: diane.beckmann@usdoj.gov

Dated: January 3, 2023

CERTIFICATE OF SERVICE

I certify that on this date a true and correct copy of the foregoing Entry of Appearance was served via first-class mail, postage prepaid upon the following:

Andrew Levander, Esq.
Counsel for Defendants
Dechert LLP
Three Bryant Park, Avenue of the Americas
New York, NY  10036-6797

Dated:  January 3, 2023              /s/ Diane Leonardo
                                     DIANE LEONARDO
                                     Special Attorney to the Attorney General