# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>AMERISOURCEBERGEN CORPORATION, AMERISOURCEBERGEN DRUG CORPORATION and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC.,<br><br>　　　　　*Defendants*. | CIVIL ACTION<br>NO. 22-5209 |

## ORDER

**AND NOW**, this 17th day of January 2023, upon consideration of Defendants' Motion for Pro Hac Vice (ECF 15), it is hereby **ORDERED** that the Application of Andrew J. Levander is **GRANTED**.[1]

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.

---

[1] Counsel is directed to the United States District Court for the Eastern District of Pennsylvania's website to register for NextGen CM/ECF in the Eastern District.
https://www.paed.uscourts.gov/nextgen-cmecf