UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION;<br>AMERISOURCEBERGEN DRUG<br>CORPORATION; and INTEGRATED<br>COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Civ. A. No. 22-5209 |

**JOINT MOTION TO EXCEED PAGE LIMITS AND SET A BRIEFING SCHEDULE**

Pursuant to Section II(D)(3) of this Court's Policies and Procedures, the Parties jointly move for permission to exceed the Court's 25-page limit for briefing relating to Defendants' forthcoming motions to dismiss under Federal Rule of Civil Procedure 12(b)(6).  The Parties also ask the Court to enter an order adopting the proposed briefing schedule set forth below.  In support of their requests, the Parties state as follows:

1.    On December 29, 2022, Plaintiff, the United States of America, filed a complaint under the Controlled Substances Act ("CSA") against the three Defendants, AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC.  (ECF No. 1.)  Plaintiff's 78-page, 506-paragraph Complaint alleges that Defendants violated the CSA "on at least hundreds of thousands of occasions" over an eight year period, and seeks to impose civil penalties and injunctive relief.

2.    Plaintiff sent Defendants waiver of service forms on December 30, 2022, and the Defendants executed the waiver forms on January 3, 2023.  (ECF Nos. 9-11.)

3. Pursuant to Federal Rule of Civil Procedure 4(d)(3), the deadline for Defendants to respond to the complaint is currently February 28, 2023.

4. Defendants have advised Plaintiff that they intend to move to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6), and Defendants anticipate raising multiple legal arguments in support of their motions.

5. Pursuant to Section II(D)(3) of this Court's Policies and Procedures, the default page limit for the brief supporting each Defendant's motion is 25 pages.

6. Rather than filing separate motions and briefs, the Parties believe it would be more efficient for all three Defendants to file a single motion and one consolidated brief setting forth each Defendant's arguments, and for Plaintiff to file one consolidated brief in opposition.

7. To streamline the motion practice and to afford the Parties adequate opportunity to address the number of legal issues that the Parties anticipate will be briefed, the Parties ask the Court to permit Defendants to submit one opening brief not to exceed 60 pages, to permit Plaintiff to submit one opposition brief not to exceed 60 pages, and to permit Defendants to submit one reply brief not to exceed 30 pages.

8. Pursuant to this Court's Policies and Procedures, the Parties will submit all briefs with double-spaced, 12-point font.

9. The Parties have also stipulated to the following briefing schedule, which they ask the Court to adopt: Defendants' opening brief shall be due March 30, 2023; Plaintiff's opposition brief shall be due June 28, 2023; and Defendants' reply brief shall be due July 28, 2023.

WHEREFORE, the Parties respectfully ask the Court to grant their Joint Motion and enter the Parties' proposed Order.

Respectfully submitted,

| | |
|---|---|
| PHILIP R. SELLINGER<br>United States Attorney for the<br>District of New Jersey<br><br>*/s/ Hayden M. Brockett*<br>HAYDEN M. BROCKETT<br>JORDANN R. CONABOY<br>Special Attorneys to the Attorney General<br>970 Broad Street, 7th Floor<br>Newark, NJ 07102<br>hayden.brockett@usdoj.gov<br>jordann.conaboy@usdoj.gov<br>973-645-3883<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney<br>General, Civil Division<br>ARUN G. RAO<br>Deputy Assistant Attorney General<br>Consumer Protection Branch<br>AMANDA N. LISKAMM<br>Acting Director<br>ANTHONY NARDOZZI<br>Assistant Director<br><br>*/s/ Michael J. Wadden*<br>MICHAEL J. WADDEN<br>AMY L. DELINE<br>DEBORAH S. SOHN<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, DC 20044<br>michael.j.wadden@usdoj.gov<br>amy.l.deline@usdoj.gov<br>deborah.s.sohn@usdoj.gov<br>202-305-7133 | */s/ Andrew J. Levander*<br>ANDREW J. LEVANDER<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10095<br>212-698-3500<br>andrew.levander@dechert.com<br><br>STUART T. STEINBERG<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>215-994-2521<br>stuart.steinberg@dechert.com<br><br>*/s/ Lawrence S. Lustberg*<br>LAWRENCE S. LUSTBERG<br>Gibbons, P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>973-596-4500<br>llustberg@gibbonslaw.com<br><br>MEREDITH S. AUTEN<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>215-963-5000<br>meredith.auten@morganlewis.com<br><br>*Counsel for Defendants AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC* |

JACQUELINE C. ROMERO
United States Attorney for the
Eastern District of Pennsylvania


*/s/ Anthony D. Scicchitano*
ANTHONY D. SCICCHITANO
LANDON Y. JONES III
Assistant U.S. Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
anthony.scicchitano@usdoj.gov
landon.jones@usdoj.gov
215-861-8200


COLE FINEGAN
United States Attorney for the
District of Colorado

*/s/ Amanda A. Rocque*
AMANDA A. ROCQUE
DAVID MOSKOWITZ
Special Attorneys to the Attorney General
1801 California Street, Suite 1600
Denver, CO 80202
amanda.rocque@usdoj.gov
david.moskowitz@usdoj.gov
303-454-0100


BREON PEACE
United States Attorney for the
Eastern District of New York

*/s/ Elliot M. Schachner*
ELLIOT M. SCHACHNER
DIANE C. LEONARDO
Special Attorneys to the Attorney General
271 Cadman Plaza East
Brooklyn, NY 11201
elliot.schachner@usdoj.gov
diane.beckmann@usdoj.gov
718-254-7000

*Counsel for Plaintiff the United States of America*