IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>            Defendants. | Case No. 2:22-cv-05209-GJP |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

This Corporate Disclosure Statement is filed on behalf of Defendant AmerisourceBergen Corporation ("AB").

AB identifies the following companies as either parent corporations or a publicly held corporation that owns 10% or more of its stock:

1. Walgreens Boots Alliance Holdings LLC
   108 Wilmot Road
   Deerfield, Illinois 60015

2. The Vanguard Group
   100 Vanguard Blvd.
   Malvern, PA 19355

| | |
|---|---|
| Dated: January 27, 2023 | Respectfully submitted,<br><br>*/s/ Andrew J. Levander*<br>Andrew J. Levander (*pro hac vice*)<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10095<br>212-698-3500<br>andrew.levander@dechert.com |

Stuart T. Steinberg
Dechert LLP
Cira Centre
2929 Arch St.
Philadelphia, PA, 19104
215-994-2521
stuart.steinberg@dechert.com

Lawrence S. Lustberg (*pro hac vice*)
Gibbons, P.C.
One Gateway Center
Newark, NJ 07102
973-596-4500
llustberg@gibbonslaw.com

Meredith S. Auten
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
215-963-5000
meredith.auten@morganlewis.com

*Counsel for Defendants AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

Dated: January 27, 2023

/s/ *Andrew J. Levander*
Andrew J. Levander

*Counsel for Defendants AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC*