# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 2:22-cv-05209-GJP |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendants AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation and Integrated Commercialization Solutions, LLC, in the above-captioned matter.

                                                    Respectfully submitted,

                                                    */s/ Catherine Wigglesworth*
                                                    Catherine Wigglesworth
                                                    Dechert LLP
                                                    Cira Centre
                                                    2929 Arch St.
                                                    Philadelphia, PA, 19104
                                                    Tel.: (215) 994-2432
Dated: March 6, 2023                        catherine.wigglesworth@dechert.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

Dated: March 6, 2023                 */s/ Catherine Wigglesworth*
                                              Catherine Wigglesworth