**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION;<br>AMERISOURCEBERGEN DRUG<br>CORPORATION; and INTEGRATED<br>COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 2:22-cv-05209-GJP |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendants AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation and Integrated Commercialization Solutions, LLC, in the above-captioned matter.

Respectfully submitted,

*/s/ Michael S. Doluisio*
Michael S. Doluisio
Dechert LLP
Cira Centre
2929 Arch St.
Philadelphia, PA, 19104
Tel.: (215) 994-2325
Dated: March 27, 2023            michael.doluisio@dechert.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

Dated: March 27, 2023                  */s/ Michael S. Doluisio*
                                                 Michael S. Doluisio