IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERISOURCEBERGEN CORPORATION;<br>AMERISOURCEBERGEN DRUG<br>CORPORATION; and INTEGRATED<br>COMMERCIALIZATION SOLUTIONS, LLC,<br><br>  Defendants. | Case No. 2:22-cv-05209-GJP<br><br>ORAL ARGUMENT REQUESTED |

### DEFENDANTS' MOTION TO DISMISS

Defendants AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC respectfully move to dismiss the Complaint with prejudice. Defendants' Motion is supported by the incorporated memorandum of law filed herewith.

Dated: March 30, 2023

Respectfully submitted,

*/s/ Andrew J. Levander*
Andrew J. Levander (*pro hac vice*)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10095
212-698-3500
andrew.levander@dechert.com

Michael S. Doluisio
Stuart T. Steinberg
Catherine V. Wigglesworth
DECHERT LLP
Cira Centre
2929 Arch St.
Philadelphia, PA 19104
215-994-4000

michael.doluisio@dechert.com
stuart.steinberg@dechert.com
catherine.wigglesworth@dechert.com

D. Brett Kohlhofer (*pro hac vice to be filed*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
202-261-3300
d.brett.kohlhofer@dechert.com

Lawrence S. Lustberg (*pro hac vice*)
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102
973-596-4500
llustberg@gibbonslaw.com

Meredith S. Auten
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215-963-5000
meredith.auten@morganlewis.com

*Counsel for Defendants AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 30, 2023, I served a true and correct copy of the foregoing upon all counsel of record via the Court's CM/ECF electronic filing system.

                                                                                        */s/ Andrew J. Levander*
                                                                                           Andrew J. Levander