# EXHIBIT 4

# NOTICE OF OFFICE OF MANAGEMENT AND BUDGET ACTION

Date    03/29/2021

Department of Justice
Drug Enforcement Administration

| | |
|---|---|
| FOR CERTIFYING OFFICIAL: | Joseph Klimavicz |
| FOR CLEARANCE OFFICER: | Melody Braswell |

In accordance with the Paperwork Reduction Act, OMB has taken action on your request received 12/08/2020

| | |
|---|---|
| ACTION REQUESTED: | New collection (Request for a new OMB Control Number) |
| TYPE OF REVIEW REQUESTED: | Regular |
| ICR REFERENCE NUMBER: | 202012-1117-001 |
| AGENCY ICR TRACKING NUMBER: | |
| TITLE: | Reporting and Recordkeeping Requirements Related to Suspicious Orders |

| | |
|---|---|
| OMB ACTION: | Comment filed on proposed rule |
| OMB CONTROL NUMBER: | 1117-0056 |

| | |
|---|---|
| EXPIRATION DATE: Not Applicable | DISCONTINUE DATE: |

COMMENT:    OMB files this comment in accordance with 5 CFR 1320.11( c ). This OMB action is not an approval to conduct or sponsor an information collection under the Paperwork Reduction Act of 1995.  This action has no effect on any current approvals.  If OMB has assigned this ICR a new OMB Control Number, the OMB Control Number will not appear in the active inventory. For future submissions of this information collection, reference the OMB Control Number provided.  OMB files this comment in accordance with 5 CFR 1320.11( c ). This OMB action is not an
approval to conduct or sponsor an information collection under the Paperwork Reduction Act of 1995. This action has no effect on any current approvals. If OMB has assigned this ICR a new OMB Control Number, the OMB Control Number will not appear in the active inventory. For future submissions of this information collection, reference the OMB Control Number provided. OMB files this comment in accordance with 5 CFR 1320.11( c ). This OMB action is not an approval to conduct or sponsor an information collection under the Paperwork Reduction
Act of 1995. This action has no effect on any current approvals. If OMB has assigned this ICR a new
OMB Control Number, the OMB Control Number will not appear in the active inventory. For future
submissions of this information collection, reference the OMB Control Number provided. In accordance with 5 CFR 1320, OMB is withholding approval of this information collection. Prior to the publication of the final rule, the agency must provide to OMB a summary of all comments
pertaining to the information collection burden imposed by this rule and any changes made in response to these comments.

OMB Authorizing Official:    Dominic J. Mancini

Deputy and Acting Administrator,

Office Of Information And Regulatory Affairs