**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>       v.<br><br>AMERISOURCEBERGEN CORPORATION;<br>AMERISOURCEBERGEN DRUG<br>CORPORATION; and INTEGRATED<br>COMMERCIALIZATION SOLUTIONS, LLC,<br><br>     Defendants. | Case No. 2:22-cv-05209-GJP |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, upon consideration of Defendants' Motion to

Dismiss and any opposition thereto, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff's Complaint is dismissed with prejudice.

_____
                                                                                            J.