# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>   Defendants. | Civ. A. No. 22-5209 |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Special Attorney to the Attorney General Hayden M. Brockett on behalf of plaintiff United States of America in this matter.

Respectfully submitted,

PHIILIP R. SELLINGER
United States Attorney for the
District of New Jersey

/s/ Hayden M. Brockett
Hayden M. Brockett
Special Attorney to the Attorney General
970 Broad Street, 7th Floor
Newark, NJ 07102
Phone: 973-645-3883
Fax: 973-645-2857
Email: Hayden.Brockett@usdoj.gov

Dated:  April 6, 2023