UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>Defendants. | Jury Trial Demanded<br><br>Civ. A. No. 22-5209 |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of plaintiff United States of America in the above-captioned case.

Respectfully submitted,

\s\ Rowan L. Reid
ROWAN L. REID
Trial Attorney
U.S. Department of Justice
Civil Division
Consumer Protection Branch
450 5th Street, NW
Washington, DC 20530
Phone: (202) 532-4315
Email: rowan.l.reid@usdoj.gov

Dated: June 2, 2023

1

**CERTIFICATE OF SERVICE**

      I certify that on this date a true and correct copy of the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the Electronic Case Filing system, which will send notification of such filing to all CM/ECF participants in this case.

Dated:  June 2, 2023

                                          /s/ Rowan L. Reid
                                          Rowan L. Reid
                                          Trial Attorney
                                          U.S. Department of Justice