# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>　v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>　Defendants. | Civ. A. No. 22-5209-GJP |

## ENTRY OF APPEARANCE

　Kindly enter my appearance on behalf of plaintiff United States of America in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PHILIP R. SELLINGER
　　　　　　　　　　　　　　　　　　　　United States Attorney for the
　　　　　　　　　　　　　　　　　　　　District of New Jersey


　　　　　　　　　　　　　　　　　　　　/s/ Robert L. Toll
　　　　　　　　　　　　　　　　　　　　Robert L. Toll
　　　　　　　　　　　　　　　　　　　　Special Attorney to the Attorney General
　　　　　　　　　　　　　　　　　　　　970 Broad Street, Suite 700
　　　　　　　　　　　　　　　　　　　　Newark, NJ 07102
　　　　　　　　　　　　　　　　　　　　Phone: 973-645-6548
　　　　　　　　　　　　　　　　　　　　Fax: 973-645-2857
Dated:  June 14, 2023　　　　　　　　　 Email: Robert.Toll@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on this date a true and correct copy of the foregoing Entry of Appearance was served via ECF on all counsel of record.

Dated: June 14, 2023 /s/ Robert L. Toll
Robert L. Toll
Special Attorney to the Attorney General