UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>　　v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>　Defendants. | Jury Trial Demanded<br><br>Civ. A. No. 22-5209 |

**ENTRY OF APPEARANCE**

　Kindly enter my appearance on behalf of plaintiff United States of America in the above-captioned case.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　COLE FINEGAN
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　for the District of Colorado


　　　　　　　　　　　　　　　　　　　s/ *Amanda Rocque*
　　　　　　　　　　　　　　　　　　　Amanda Rocque
　　　　　　　　　　　　　　　　　　　Special Attorney to the Attorney General
　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　　　　1801 California Street, Suite 1600
　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　Phone: 303-454-0109
Dated: June 27, 2023　　　　　　　　　Email: amanda.rocque@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I certify that on this date a true and correct copy of the foregoing Entry of Appearance was served on all counsel of record via the Court's CM/ECF electronic filing system.

Dated:  June 27, 2023                                <u>s/ *Amanda Rocque*</u>
                                                            Amanda Rocque
                                                            Special Attorney to the Attorney General