# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　　　v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>　　　Defendants. | Jury Trial Demanded<br><br>Civ. A. No. 22-5209 |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of plaintiff United States of America in the above-captioned case.

Respectfully submitted,

COLE FINEGAN
United States Attorney for the
District of Colorado

/s/ David Moskowitz
David Moskowitz
Special Attorney to the Attorney General
1801 California Street, Suite 1600
Denver, CO  80202
Phone: (303) 454-0100
Email: david.moskowitz@usdoj.gov

Dated:  June 27, 2023

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 27, 2023, I served a true and correct copy of the foregoing upon all counsel of record via the Court's CM/ECF electronic filing system.

 <u>/s/ David Moskowitz</u>
David Moskowitz
Special Attorney to the Attorney General