# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Jury Trial Demanded |
| AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC, | Civ. A. No. 22-5209 |
| Defendants. | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of plaintiff United States of America in the above-captioned case.

                                                Respectfully submitted,

                                                 *s/ Coleen Schoch*
                                                MICHAEL J. WADDEN
                                                Trial Attorney
                                                U.S. Department of Justice
                                                Civil Division
                                                Consumer Protection Branch
                                                450 5th Street, NW
                                                Washington, DC 20530
                                                 (202) 307-0868

Dated:  July 31, 2023                          Coleen.Schoch@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on this date a true and correct copy of the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the Electronic Case Filing system, which will send notification of this filing to all CM/ECF participants in this case.

Dated:  July 31, 2023                                      /s Coleen Schoch
                                                                     U.S. Department of Justice