IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>  v.<br><br>AMERISOURCEBERGEN CORPORATION, AMERISOURCEBERGEN DRUG CORPORATION and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 22-5209 |

## ORDER

**AND NOW**, this 6th day of September, 2023, it is hereby **ORDERED** that **ORAL ARGUMENT** on the Motion to Dismiss (ECF 27) filed by AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation and Integrated Commercialization Solutions, LLC. has been scheduled for **TUESDAY, SEPTEMBER 19, 2023 at 10:00 a.m.,** before the Honorable Gerald J. Pappert, in **COURTROOM 11-A**, on the Eleventh Floor, at the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

                                            BY THE COURT:

                                            ***/s/ Gerald J. Pappert***
                                            GERALD J. PAPPERT, J.