## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

     Plaintiff,

        v.

AMERISOURCEBERGEN CORPORATION;
AMERISOURCEBERGEN DRUG
CORPORATION; and INTEGRATED
COMMERCIALIZATION SOLUTIONS, LLC,

     Defendants.

Case No. 2:22-cv-05209-GJP

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Defendants AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation and Integrated Commercialization Solutions, LLC, in the above-captioned matter.  After October 20, 2023, I will no longer be an employee of or otherwise affiliated with Dechert LLP, counsel of record for Defendants, and therefore will no longer represent Defendants in this matter.  The appearances by other Dechert LLP attorneys are not affected by this request.

Dated: October 20, 2023

Respectfully submitted,

*/s/ Catherine Wigglesworth*
Catherine Wigglesworth
Dechert LLP
Cira Centre
2929 Arch St.
Philadelphia, PA, 19104
Tel.: (215) 994-2432
catherine.wigglesworth@dechert.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

Dated: October 20, 2023                    */s/ Catherine Wigglesworth*
                                                          Catherine Wigglesworth