IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>  Defendants. | Case No. 2:22-cv-05209-GJP |

**DEFENDANT AMERISOURCEBERGEN CORPORATION'S
NOTICE OF CORPORATE NAME CHANGE TO CENCORA, INC.**

Defendant AmerisourceBergen Corporation hereby provides notice that it has changed its name from AmerisourceBergen Corporation to Cencora, Inc.  *See* Exhibit A.  Future filings will refer to this Defendant as "AmerisourceBergen Corporation (n/k/a Cencora, Inc.)."  Furthermore, there has been no change to the names of Defendants AmerisourceBergen Drug Corporation and Integrated Commercialization Solutions, LLC.

Dated: October 25, 2023

Respectfully submitted,

/s/ *Stuart T. Steinberg*
Stuart T. Steinberg
Michael S. Doluisio
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215-994-4000
stuart.steinberg@dechert.com
michael.doluisio@dechert.com

Andrew J. Levander (*pro hac vice*)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10095
212-698-3500
andrew.levander@dechert.com

D. Brett Kohlhofer (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
202-261-3300
d.brett.kohlhofer@dechert.com

Lawrence S. Lustberg (*pro hac vice*)
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102
973-596-4500
llustberg@gibbonslaw.com

Meredith S. Auten
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215-963-5000
meredith.auten@morganlewis.com

*Counsel for Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2023, I served a true and correct copy of the foregoing upon all counsel of record via the Court's CM/ECF electronic filing system.

                                        */s/ Stuart T. Steinberg*
                                        Stuart T. Steinberg