IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. AMERISOURCE BERGEN CORPORATION, et al., *Defendants.* | CIVIL ACTION NO. 22-5209 |

**PAPPERT, J.**                                                                                       November 6, 2023

### ORDER

**AND NOW**, this 6th day of November 2023, upon consideration of the United States of America's Complaint (ECF No. 1), Defendants' Motion to Dismiss (ECF No. 27), the United States' Response in Opposition to the Motion (ECF. No. 38), Defendants' Reply (ECF No. 39), and after holding oral argument (ECF No. 43), it is **ORDERED** that the Motion is **DENIED** in part and **GRANTED** in part consistent with the accompanying Memorandum. All claims for civil penalties for Defendants' alleged violations of the suspicious order reporting requirement prior to October 24, 2018 are dismissed with prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.