# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Jury Trial Demanded<br><br>Civil Action No. 22-cv-5209 |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of plaintiff United States of America in the above-captioned case.

                                                  Respectfully submitted,

                                                  JACQUELINE C. ROMERO
                                                  United States Attorney

                                                       /s/ Charlene Keller Fullmer
                                                  CHARLENE KELLER FULLMER
                                                  Assistant United States Attorney
                                                  Deputy Chief, Civil Division

Dated: November 8, 2023

                                                  615 Chestnut Street #1250
                                                  Philadelphia, PA 19106
                                                  215.861.8301
                                                  charlene.fullmer@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this date a true and correct copy of the foregoing Entry of Appearance was filed electronically. Of which, is available for viewing and downloading from the Electronic Case Filing system to the following:

Stuart T. Steinberg
Michael S. Doluisio
DECHERT LLP
Cira Centre
2929 Arch Street Philadelphia, PA 19104
215-994-4000
stuart.steinberg@dechert.com
michael.doluisio@dechert.com

D. Brett Kohlhofer (pro hac vice)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
202-261-3300
d.brett.kohlhofer@dechert.com

Andrew V. Levander
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
andrew.levander@dechert.com

Lawrence S. Lustberg
Gibbons PC
One Gateway Center
Newark NJ 07102
llustberg@gibbonslaw.com

Meredith S. Auten
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
meredith.auten@morganlewis.com

November 8, 2023

/s/ Charlene Keller Fullmer
CHARLENE KELLER FULLMER
Deputy Chief, Affirmative
Assistant United States Attorney