IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>Defendants. | Case No. 2:22-cv-05209-GJP |

## STIPULATION AND PROPOSED ORDER

Pursuant to Local Rule of Civil Procedure 7.4(b), Plaintiff United States of America and Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC (collectively, "Defendants"), by and through their respective counsel, hereby stipulate that the time for Defendants to answer the Complaint is extended until December 11, 2023.

Dated: November 9, 2023                                                 Respectfully submitted,

| | |
|---|---|
| */s/ Amy L. DeLine* | */s/ Stuart T. Steinberg* |
| Amy L. Deline | Stuart T. Steinberg |
| Michael J. Wadden | Michael S. Doluisio |
| Deborah S. Sohn | DECHERT LLP |
| Rowan L. Reid | Cira Centre |
| Trial Attorneys | 2929 Arch Street |
| U.S. Department of Justice, Civil Division | Philadelphia, PA 19104 |
| Consumer Protection Branch | 215-994-4000 |
| P.O. Box 386 | stuart.steinberg@dechert.com |
| Washington, DC 20044 | michael.doluisio@dechert.com |
| michael.j.wadden@usdoj.gov | |
| amy.l.deline@usdoj.gov | Andrew J. Levander (*pro hac vice*) |
| deborah.s.sohn@usdoj.gov | DECHERT LLP |
| rowan.l.reid@usdoj.gov | 1095 Avenue of the Americas |

<div style="columns:2">

202-305-7133

Jordann R. Conaboy
Robert L. Toll
Special Attorneys to the Attorney General
970 Broad Street, 7th Floor
Newark, NJ 07102
jordann.conaboy@usdoj.gov
robert.toll@usdoj.gov
973-645-3883

Anthony D. Scicchitano
Landon Y. Jones III
Assistant U.S. Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
anthony.scicchitano@usdoj.gov
landon.jones@usdoj.gov
215-861-8200

Amanda A. Rocque
David Moskowitz
Special Attorneys to the Attorney General
1801 California Street, Suite 1600
Denver, CO 80202
amanda.rocque@usdoj.gov
david.moskowitz@usdoj.gov
303-454-0100

Elliot M. Schachner
Diane C. Leonardo
Special Attorneys to the Attorney General
271 Cadman Plaza East
Brooklyn, NY 11201
elliot.schachner@usdoj.gov
diane.beckmann@usdoj.gov
718-254-7000

*Counsel for Plaintiff
United States of America*

New York, NY 10095
212-698-3500
andrew.levander@dechert.com

D. Brett Kohlhofer (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
202-261-3300
d.brett.kohlhofer@dechert.com

Lawrence S. Lustberg (*pro hac vice*)
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102
973-596-4500
llustberg@gibbonslaw.com

Meredith S. Auten
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215-963-5000
meredith.auten@morganlewis.com

*Counsel for Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC*

</div>

**APPROVED and SO ORDERED on this _____ day of _____, 2023**

_____
**THE HONORABLE GERALD J. PAPPERT
UNITED STATES DISTRICT JUDGE**

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 9, 2023, I served a true and correct copy of the foregoing upon all counsel of record via the Court's CM/ECF electronic filing system.

                                                             */s/ Stuart T. Steinberg*
                                                              Stuart T. Steinberg