## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>      v.<br><br>AMERISOURCEBERGEN CORPORATION;<br>AMERISOURCEBERGEN DRUG<br>CORPORATION; and INTEGRATED<br>COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 2:22-cv-05209-GJP |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Robert A. Nicholas as counsel for Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC in the above-captioned matter.

December 5, 2023

Respectfully submitted,

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Attorney Identification No. 42907
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
rnicholas@reedsmith.com
215-851-8100

*Counsel for Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 5, 2023, I served a true and correct copy of the foregoing

Entry of Appearance upon all counsel of record via the Court's CM/ECF electronic filing system.


*/s/ Robert A. Nicholas*
Robert A. Nicholas