**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 2:22-cv-05209-GJP |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Thomas H. Suddath, Jr. as counsel for Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC in the above-captioned matter.

December 5, 2023

                                                    Respectfully submitted,

                                                    */s/ Thomas H. Suddath, Jr.*
                                                    Thomas H. Suddath, Jr.
                                                    Attorney Identification No. 37811
                                                    REED SMITH LLP
                                                    1717 Arch Street, Suite 3100
                                                    Philadelphia, PA 19103
                                                    tsuddath@reedsmith.com
                                                    215-851-8100

                                                    *Counsel for Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2023, I served a true and correct copy of the foregoing Entry of Appearance upon all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Thomas H. Suddath, Jr.*
Thomas H. Suddath, Jr.