IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>  Defendants. | Case No. 2:22-cv-05209-GJP |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Abigail M. Pierce as counsel for Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC in the above-captioned matter.

December 5, 2023

                                                                               Respectfully submitted,

                                                                               */s/ Abigail M. Pierce*
                                                                               Abigail M. Pierce
                                                                               Attorney Identification No. 326794
                                                                               REED SMITH LLP
                                                                               1717 Arch Street, Suite 3100
                                                                               Philadelphia, PA 19103
                                                                               abigail.pierce@reedsmith.com
                                                                               215-851-8100

                                                            *Counsel for Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 5, 2023, I served a true and correct copy of the foregoing Entry of Appearance upon all counsel of record via the Court's CM/ECF electronic filing system.

               */s/ Abigail M. Pierce*
               Abigail M. Pierce