**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>AMERISOURCEBERGEN CORPORATION;<br>AMERISOURCEBERGEN DRUG<br>CORPORATION; and INTEGRATED<br>COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 2:22-cv-05209-GJP |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC ("Defendants"), in the above-captioned matter.  Defendants will continue to be represented by counsel who have previously entered an appearance on their behalf.

Dated: December 5, 2023

Respectfully submitted,

/s/ Andrew J. Levander
Andrew J. Levander (*pro hac vice*)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10095
212-698-3500
andrew.levander@dechert.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 5, 2023, I served a true and correct copy of the foregoing upon all counsel of record via the Court's CM/ECF electronic filing system.

<u>*/s/ Andrew J. Levander*</u>
Andrew J. Levander