IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>Defendants. | Case No. 2:22-cv-05209-GJP |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC ("Defendants"), in the above-captioned matter. Defendants will continue to be represented by counsel who have previously entered an appearance on their behalf.

Dated: December 5, 2023

Respectfully submitted,

*/s/ Stuart T. Steinberg*
Stuart T. Steinberg
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215-994-4000
stuart.steinberg@dechert.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 5, 2023, I served a true and correct copy of the foregoing upon all counsel of record via the Court's CM/ECF electronic filing system.

                                                        */s/ Stuart T. Steinberg*
                                                        Stuart T. Steinberg