IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 2:22-cv-05209-GJP |

## STIPULATION AND ORDER

Pursuant to Local Rule of Civil Procedure 7.4(b), Plaintiff United States of America and Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC (collectively, "Defendants"), by and through their respective counsel, hereby stipulate that in light of Defendants' recent retention of Reed Smith LLP as lead counsel, the time for Defendants to answer the Complaint is extended until December 18, 2023.

Dated: December 5, 2023

*/s/ Amy L. DeLine*
Amy L. Deline
Michael J. Wadden
Deborah S. Sohn
Rowan L. Reid
Trial Attorneys
U.S. Department of Justice, Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
michael.j.wadden@usdoj.gov
amy.l.deline@usdoj.gov
deborah.s.sohn@usdoj.gov
rowan.l.reid@usdoj.gov

Respectfully submitted,

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Joseph J. Mahady
Thomas H. Suddath, Jr.
Anne Rollins Bohnet
Abigail M. Pierce
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
rnicholas@reedsmith.com
jmahady@reedsmith.com
tsuddath@reedsmith.com
abohnet@reedsmith.com
apierce@reedsmith.com

- 2 -

202-305-7133

Jordann R. Conaboy
Robert L. Toll
Special Attorneys to the Attorney General
970 Broad Street, 7th Floor
Newark, NJ 07102
jordann.conaboy@usdoj.gov
robert.toll@usdoj.gov
973-645-3883

Anthony D. Scicchitano
Landon Y. Jones III
Assistant U.S. Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
anthony.scicchitano@usdoj.gov
landon.jones@usdoj.gov
215-861-8200

Amanda A. Rocque
David Moskowitz
Special Attorneys to the Attorney General
1801 California Street, Suite 1600
Denver, CO 80202
amanda.rocque@usdoj.gov
david.moskowitz@usdoj.gov
303-454-0100

Elliot M. Schachner
Diane C. Leonardo
Special Attorneys to the Attorney General
271 Cadman Plaza East
Brooklyn, NY 11201
elliot.schachner@usdoj.gov
diane.beckmann@usdoj.gov
718-254-7000

*Counsel for Plaintiff United States of America*

215-851-8100

Meredith S. Auten
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215-963-5000
meredith.auten@morganlewis.com

*Counsel for Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC*

**APPROVED and SO ORDERED on this** 5th **day of** December **, 2023**

  */s/ Gerald J. Pappert*
  **THE HONORABLE GERALD J. PAPPERT**
  **UNITED STATES DISTRICT JUDGE**