IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>Defendants. | Case No. 2:22-cv-05209-GJP |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdraw my appearance on behalf of Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC ("Defendants"), in the above-captioned matter. Defendants will continue to be represented by counsel who have previously entered an appearance on their behalf.

Dated: December 6, 2023

Respectfully submitted,

*/s/ D. Brett Kohlhofer*
D. Brett Kohlhofer (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
202-261-3300
d.brett.kohlhofer@dechert.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2023, I served a true and correct copy of the foregoing upon all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ D. Brett Kohlhofer*
D. Brett Kohlhofer