IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>　　Defendants. | Case No. 2:22-cv-05209-GJP |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC ("Defendants"), in the above-captioned matter. Defendants will continue to be represented by counsel who have previously entered an appearance on their behalf.

Dated: December 6, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Lawrence S. Lustberg
　　　　　　　　　　　　　　　　　　　　Lawrence S. Lustberg (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　GIBBONS P.C.
　　　　　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　　　　　Newark, NJ 07940
　　　　　　　　　　　　　　　　　　　　212-596-4500
　　　　　　　　　　　　　　　　　　　　llustberg@gibbonslaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2023, I served a true and correct copy of the foregoing upon all counsel of record via the Court's CM/ECF electronic filing system.

                                                            */s/ Lawrence S. Lustberg*
                                                             Lawrence S. Lustberg