IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 2:22-cv-05209-GJP |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC ("Defendants"), in the above-captioned matter. Defendants will continue to be represented by counsel who have previously entered an appearance on their behalf.

Dated: December 6, 2023

                                                      Respectfully submitted,

                                                       */s/ Charles S. Korschun*
                                                       Charles S. Korschun (*pro hac vice*)
                                                       GIBBONS P.C.
                                                       One Gateway Center
                                                       Newark, NJ 07940
                                                       212-596-4500
                                                       ckorschun@gibbonslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2023, I served a true and correct copy of the foregoing upon all counsel of record via the Court's CM/ECF electronic filing system.

                                                   */s/ Charles S. Korschun*
                                                   Charles S. Korschun