IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>AMERISOURCEBERGEN CORPORATION, et al.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 22-5209 |

## SCHEDULING ORDER

**AND NOW**, this 22nd day of January 2024, following a conference with counsel for the parties (ECF No. 71), it is **ORDERED** that:

1. The case is referred to Magistrate Judge Elizabeth Hey for settlement.

2. Requests for production, other than those seeking discovery on subjects that become known for the first time after this deadline, shall be served on or before **Friday, November 1, 2024**.

3. Documents, other than those subject to motions to compel or supplementations required by Rule 26(e), shall be produced on or before **Friday, July 25, 2025**.

4. Any disputes regarding requests for production shall be raised with the Court on or before **Friday, September 26, 2025**.

5. Fact discovery shall be completed on or before **Friday, January 9, 2026**.

6. All expert discovery, including depositions, shall be completed on or before **Friday, September 18, 2026**.

1

2

7.     The Court will conduct a scheduling conference to determine remaining tasks and deadlines after expert discovery concludes.

                            BY THE COURT:

                            ***/s/ Gerald J. Pappert***
                            GERALD J. PAPPERT, J.