IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>  Defendants. | Case No. 2:22-cv-05209-GJP |

**DEFENDANTS' MOTION TO COMPEL
PRODUCTION OF INTERNAL DEA DOCUMENTS**

Pursuant to Rule 26(b) and this Court's Memorandum dated August 7, 2024 (ECF No. 82), Defendants move to compel Plaintiff to produce documents responsive to Request Nos. 2, 3, and 12 of Defendants' First Set of Requests for Production and Request Nos. 3, 7, 8, 19, and 23 of Defendants' Second Set of Requests for Production.  The grounds for this Motion are set forth in the accompaniyng Memoradum of Law.

Dated:  November 14, 2024

Respectfully Submitted,

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Joseph J. Mahady
Thomas H. Suddath, Jr.
Anne Rollins Bohnet
Abigail M. Pierce
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
rnicholas@reedsmith.com
jmahady@reedsmith.com
tsuddath@reedsmith.com

abohnet@reedsmith.com
abigail.pierce@reedsmith.com

Meredith S. Auten
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
meredith.auten@morganlewis.com

*Counsel for Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, I served a true and correct copy of the forgeoging document via the Court's CM/ECF system.

>   */s/ Robert A. Nicholas*
>   Robert A. Nicholas
>
>   *Counsel for Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC*