# EXHIBIT 2
# US-DEA-00009539
# FILED UNDER SEAL