# EXHIBIT 4
# US-DEA-00008563
# FILED UNDER SEAL