IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>  Defendants. | Case No. 2:22-cv-05209-GJP |

**<u>PROPOSED ORDER</u>**

AND NOW, this _____ day of _____, 2024, upon consideration of Defendants' Motion to Compel Production of Internal DEA Documents, it is hereby ORDERED that the Motion is GRANTED.  Plaintiff's objections to Request Nos. 2, 3, and 12 of Defendants' First Set of Requests for Production and Request Nos. 3, 7, 8, 19, and 23 of Defendants' Second Set of Requests for Production are overruled and Plaintiff is ordered to produce responsive, non-privileged documents, including internal DEA documents.

BY THE COURT:

_____
GERALD J. PAPPERT, J.