## Exhibit 3

## Defendants' Responses and Objections to
## Plaintiff's Second Set of Interrogatories (Filed Under Seal)