# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Civ. A. No. 22-5209 |

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of Defendants' Motion to Compel Production of Internal DEA Documents (ECF No. 83) and the Government's Opposition (ECF No. 85), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____

GERALD J. PAPPERT, J.