IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>v.<br><br>AMERISOURCEBERGEN CORPORATION, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 22-5209 |

## ORDER

**AND NOW**, this 16th day of December 2024, it is **ORDERED** that the Clerk of Court is **DIRECTED** to unseal the Memorandum of Law in Support of Motion to Compel filed by AmerisourceBergen (ECF No. 84), Exhibit 2 to the Motion to Compel filed by AmerisourceBergen (ECF No. 84-1), Exhibit 4 to the Motion to Compel filed by AmerisourceBergen (ECF No. 84-2), the Response to Motion to Compel filed by United States (ECF No. 86) and Exhibit 3 to the Response to Motion to Compel filed by United States (ECF No. 86-1).

                BY THE COURT:

                ***/s/ Gerald J. Pappert***
                Gerald J. Pappert, J.