UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>  Defendants. | Civ. A. No. 22-5209 |

**WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Michael J. Wadden on behalf of Plaintiff United States of America in the above-captioned matter.

Respectfully submitted,

*/s/ Michael J. Wadden*
MICHAEL J. WADDEN
Trial Attorney
U.S. Department of Justice
Civil Division
Consumer Protection Branch
450 5th Street, NW
Washington, DC 20530
(202) 305-7133
Dated:  January 10, 2025                                        michael.j.wadden@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 10, 2025, I served the foregoing upon all counsel of record via the Court's CM/ECF electronic filing system.

Dated:  January 10, 2025              */s/ Michael J. Wadden*
                                                      Michael J. Wadden