IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. AMERISOURCE BERGEN CORPORATION, et al., *Defendants.* | CIVIL ACTION NO. 22-5209 |

## ORDER

**AND NOW**, this 31st day of January 2025, upon consideration of Defendants' Motion to Compel Production of Internal DEA Documents, (ECF No. 83), and the Government's Response, (ECF. No. 85), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.