UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>Defendants. | Civ. A. No. 22-5209 |

**WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of David Moskowitz on behalf of plaintiff United States of America in the above-captioned case.

                                                                                          Respectfully submitted,

                                                                                          /s/ David Moskowitz
                                                                                          David Moskowitz
                                                                                          Special Attorney to the Attorney General
                                                                                          1801 California Street, Suite 1600
                                                                                          Denver, CO  80202
                                                                                          Phone: (303) 454-0100
Dated:  February 13, 2025                                Email: david.moskowitz@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, I served the foregoing upon all counsel of record via the Court's CM/ECF electronic filing system.

                                                  /s/ David Moskowitz
                                                  David Moskowitz
                                                  Special Attorney to the Attorney General