UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>　　Defendants. | Civ. A. No. 22-5209 |

## **WITHDRAWAL OF APPEARANCE**

　　Kindly withdraw the appearance of Jordann R. Conaboy on behalf of Plaintiff United States of America.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jordann R. Conaboy*
　　　　　　　　　　　　　　　　　　　　　　Jordann R. Conaboy
　　　　　　　　　　　　　　　　　　　　　　Special Attorney to the Attorney General
　　　　　　　　　　　　　　　　　　　　　　970 Broad Street, 7th Floor
　　　　　　　　　　　　　　　　　　　　　　Newark, NJ 07102

Dated: March 5, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2025, I caused the foregoing document to be served on all counsel of record through the Court's electronic filing system.

                                                */s/ Jordann R. Conaboy*
                                                Jordann R. Conaboy