# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>AMERISOURCEBERGEN CORPORATION, et al.,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 22-5209 |

## NOTICE

To: Counsel of Record

TAKE NOTICE that a **STATUS CONFERENCE** is scheduled with Judge Gerald J. Pappert on **FRIDAY, APRIL 11, 2025 at 1:00 p.m**., in a Courtroom TBD of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

Very truly yours,

*/s/ Katie Rolon*
Katie Rolon, Deputy Clerk
to the Honorable Gerald J. Pappert

Date: March 31, 2025

-Notice filed via ECF