IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>AMERISOURCEBERGEN CORPORATION, *et al.*,<br><br>    *Defendants*. | Case No. 22-5209 |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk of Court and all parties of record:

    I am admitted to practice in this Court and appear in this case as counsel for Plaintiff.

Dated:  April 2, 2025

    Respectfully submitted,

    DAVID METCALF
    United States Attorney

    */s/ John W. Scott*
    JOHN W. SCOTT
    Assistant United States Attorney
    Eastern District of Pennsylvania
    615 Chestnut Street, Suite 1250
    Philadelphia, PA 19106
    Phone:   (215) 861-8359
    Email:   john.scott@usdoj.gov

    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I certify that on April 2, 2025, a true and correct copy of the foregoing Notice of Appearance was filed electronically via the Court's CM/ECF system and served via CM/ECF on all counsel of record.

                                              */s/ John W. Scott*
                                              John W. Scott