# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Jury Trial Demanded<br><br>Civ. A. No. 22-5209 |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of plaintiff United States of America in the above-captioned case.

                                                    Respectfully submitted,

                                                     */s/ John F. Schifalacqua*
                                                    JOHN F. SCHIFALACQUA
                                                    Trial Attorney
                                                    U.S. Department of Justice
                                                    Civil Division
                                                    Consumer Protection Branch
                                                    450 5th Street, NW
                                                    Washington, DC 20530
                                                    (202) 598-8153
Dated:  April 4, 2025                             john.f.schifalacqua@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this date a true and correct copy of the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the Electronic Case Filing system, which will send notification of this filing to all CM/ECF participants in this case.

Dated:  April 4, 2025                                      */s/ John F. Schifalacqua*
                                                                          U.S. Department of Justice