## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>AMERISOURCEBERGEN CORPORATION;<br>AMERISOURCEBERGEN DRUG<br>CORPORATION; and INTEGRATED<br>COMMERCIALIZATION SOLUTIONS, LLC,<br><br>     Defendants. | Civ. A. No. 22-5209 |

## STIPULATION AND [PROPOSED] ORDER REGARDING THE
## DISCLOSURE OF PRESCRIPTION DRUG MONITORING PROGRAM DATA

Plaintiff the United States of America and Defendants AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC, pursuant to the Protective Order, paragraphs 76, 77, and 80, (ECF No. 77), in the above-captioned action, respectfully submit this Stipulation and Proposed Order regarding the Disclosure of Prescription Drug Monitoring Program Data for the below states.

WHEREAS, the states of  Alabama, Arizona, Arkansas, California, Delaware, Florida, Georgia, Illinois, Kansas, Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Mississippi, Missouri, Nevada, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South Carolina, South Dakota, Tennessee, Virginia, Washington, D.C., West Virginia, Wisconsin, and Wyoming, or agencies thereof (the "States"), maintain electronic systems to collect and store controlled substance dispensing information (the "PDMP Databases").

WHEREAS, the States provided PDMP Data to the Drug Enforcement Administration in various federal criminal and civil actions against or investigations of certain pharmacies, prescribers, or other entities subject to the respective laws of the States.

WHEREAS, the law of the States restrict disclosure of PDMP Data to a third-party. *See, e.g.,* Ala. Code Section § 20-2-91; Ariz. Rev. Stat. § 36-260420(C); Ark. Code Ann. § 20-7-606(b); 11 Cal. Code Regs. tit. 11, § 827.5(a); Del. Cod. 16 § 4798; Fla. Stat. § 893.0551(6); Ga. Code. § 16-13-60(e); 720 Ill. Comp. Stat. § 570/318(e), (h); Kan. Stat. §§ 65-1681, Kan. Stat. § 65-1685; Ky. Stat. § 218A.202(3)(h);  La. Rev. Stat. § 40:1007(A), (F); Md. Code Health-Gen. § 21-21-06(a)(3); Mass. G.L. 94C § 24A(f); Mich. Comp. Laws § 333.7333a.(3), (4); Miss. Code Ann. § 73-21-127 (e)(i); Missouri Rev. Stat. § 195.600;  Nev. Rev. Stat. § 453.164(8); N.J. Stat. Ann. 45:1-46a., i.(6); N.Y. Pub. Health Law § 3371; N.C. Gen. Stat. Ann. § 90-113.74; Ohio Rev. Code § 4729.86(A); 35 Pa. Stat. § 872.9(b); S. Carolina Code § 44-53-1650(D); S. Dakota C.L. § 34-20E-7; Tn. Code § 53-10-306; 53-10-308(3); Va. Code § 54.1-2523; D.C. Stat. § 48-853.05; W. Va. Code § 60A-9-5(a)(1); Wis. Stat. §§ 146.82(5)(c), 961.385(2)(c); Wyoming Stat. § 35-7-1060.

WHEREAS, Defendants believe federal law authorizes the United States to produce PDMP Data in its possession, custody, or control that is responsive to the Defendants' discovery requests.

WHEREAS, the United States believes an Order from this Court is required to permit the disclosure of PDMP Data from the above States that is responsive to Defendants' discovery requests.

WHEREAS, the parties recognize that the PDMP Data may require specific handling and designation under the Protective Order.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of this Court and pursuant to the Court's authority under Fed. R. Civ. P. 26(c), that:

1. The United States shall, consistent with the Protective Order, produce PDMP data in its possession to Defendants consistent with this Court's Scheduling Order (ECF No. 72).

2. In accord with the Protective Order, PDMP data shall be designated as "Highly Confidential – Protected Health Information."

3. This Order shall not be construed to require the United States to obtain additional data not already in its possession from the PDMP Databases or prohibit Defendants from seeking additional PDMP data that is not in the possession, custody, or control of the United States.

Dated:  April 9, 2025                                  So stipulated,

**FOR THE UNITED STATES OF AMERICA:**          **FOR DEFENDANTS:**

YAAKOV ROTH                                    _/s/ Abigail M. Swift_
Acting Assistant Attorney
General, Civil Division                        Robert A. Nicholas
                                               Joseph J. Mahady
MICHAEL GRANSTON                               Thomas H. Suddath, Jr.
Deputy Assistant Attorney                      Anne Rollins Bohnet
General, Civil Division                        Abigail M. Swift
                                               REED SMITH LLP
AMANDA N. LISKAMM                              1717 Arch Street, Suite 3100
Director                                       Philadelphia, PA 19103
                                               rnicholas@reedsmith.com
AMY L. DELINE                                  jmahady@reedsmith.com
Assistant Director                             tsuddath@reedsmith.com
                                               abohnet@reedsmith.com
_/s/ John F. Schifalacqua_                     abigail.pierce@reedsmith.com
                                               215-851-8100
DEBORAH S. SOHN
ROWAN L. REID                                  Meredith S. Auten
COLEEN SCHOCH                                  MORGAN, LEWIS & BOCKIUS LLP
JOHN F. SCHIFALACQUA                           1701 Market Street
Trial Attorneys                                Philadelphia, PA 19103
U.S. Department of Justice                     215-963-5000
Civil Division                                 meredith.auten@morganlewis.com
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
amy.l.deline@usdoj.gov
deborah.s.sohn@usdoj.gov
rowan.l.reid@usdoj.gov
coleen.schoch@usdoj.gov
john.f.schifalacqua@usdoj.gov
202-305-7036

ALINA HABBA
United States Attorney for the
District of New Jersey

ROBERT L. TOLL
Special Attorney to the Attorney General
970 Broad Street, 7th Floor
Newark, NJ 07102

robert.toll@usdoj.gov
973-645-3883

DAVID METCALF
United States Attorney for the
Eastern District of Pennsylvania

ANTHONY D. SCICCHITANO
LANDON Y. JONES III
JOHN SCOTT
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
anthony.scicchitano@usdoj.gov
landon.jones@usdoj.gov
john.scott@usdoj.gov
215-861-8200

J. BISHOP GREWELL
Acting United States Attorney for the
District of Colorado

AMANDA A. ROCQUE
Special Attorneys to the Attorney General
1801 California Street, Suite 1600
Denver, CO 80202
amanda.rocque@usdoj.gov
303-454-0100

JOHN J. DURHAM
United States Attorney for the
Eastern District of New York

ELLIOT M. SCHACHNER
DIANE C. LEONARDO
Special Attorneys to the Attorney General
271 Cadman Plaza East
Brooklyn, NY 11201
elliot.schachner@usdoj.gov
diane.beckmann@usdoj.gov
718-254-7000

The forgoing Stipulation is hereby APPROVED AND SO ORDERED on this _____

day of _____, 2025.


_____
The Honorable Gerald J. Pappert
United States District Court Judge