IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. AMERISOURCEBERGEN CORPORATION, et al., *Defendants.* | CIVIL ACTION NO. 22-5209 |

## ORDER

**AND NOW**, this 11th day of April 2025, following an on-the-record, in-person status conference with counsel for the parties, (ECF No. 99), and for the reasons discussed therein, it is **ORDERED** that the United States shall:

1. Identify, by **Friday, May 2, 2025**, a list of individuals at the Drug Enforcement Administration who, in the course of their professional responsibilities, communicated with and about Defendants and relevant third parties, or confirm whether such persons are custodians of documents relevant to any party's claim or defense;

2. Produce, also by **Friday, May 2, 2025**, 2014–2018 suspicious order data housed by the DEA; and

3. Identify, by **Friday, April 25, 2025**, AmerisourceBergen's alleged violations of the Controlled Substances Act occurring in 2022.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.