IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

       *Plaintiff,*

  v.

AMERISOURCEBERGEN CORPORATION, et al.,

       *Defendants.*

CIVIL ACTION
NO. 22-5209

## AMENDED SCHEDULING ORDER

**AND NOW**, this 15th day of July, 2025, after reviewing the parties July 11 joint request (ECF No. 104), it is **ORDERED** that:

1. The case is referred to Magistrate Judge Caroline A. Cinquanto for settlement.

2. Documents, other than those subject to motions to compel or supplementations required by Rule 26(e), shall be produced on or before **Friday, November 28, 2025**.

3. Any disputes regarding requests for production shall be raised with the Court on or before **Friday, January 30, 2026**.

4. Fact discovery shall be completed on or before **Friday, June 12, 2026**.

5. All expert discovery, including depositions, shall be completed on or before **Friday, January 15, 2027**.

6. The Court will conduct a scheduling conference to determine remaining tasks and deadlines after expert discovery concludes.

BY THE COURT:

*__/s/ Gerald J. Pappert__*
GERALD J. PAPPERT, J.