# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>    Defendants. | Jury Trial Demanded<br><br>Civ. A. No. 22-5209 |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of plaintiff United States of America in the above-captioned case.

                                            Respectfully submitted,

                                             *s/ Nicole Frazer*
                                            NICOLE FRAZER
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division
                                            Consumer Protection Branch
                                            450 5th Street, NW
                                            Washington, DC 20530
                                            (202) 305-7386
Dated:  July 31, 2025                      Nicole.Frazer@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that on this date a true and correct copy of the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the Electronic Case Filing system, which will send notification of this filing to all CM/ECF participants in this case.

Dated:  July 31, 2025                                    */s Nicole Frazer*  
                                                                    U.S. Department of Justice