IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERISOUREBERGEN CORP., et al. | : | NO.  22-5209 |

## **O R D E R**

AND NOW, this 31st day of July, 2025, after holding a teleconference with counsel to discuss the scheduling of a settlement conference and counsel advising the court that they do not believe a settlement conference would be productive at this point, IT IS HEREBY ORDERED that counsel shall provide a joint status report, addressing their progress with discovery and the timing of a settlement conference on or before September 15, 2025.  The report should be emailed to my chambers at chambers_of_magistrate_judge_caroline_goldner_cinquanto@paed.uscourts.gov.

BY THE COURT:


*/s/ Caroline Goldner Cinquanto*
_____
CAROLINE GOLDNER CINQUANTO, U.S.M.J.