# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>AMERISOURCEBERGEN CORPORATION, et al.,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 22-5209 |

## NOTICE

To: Counsel of Record

  TAKE NOTICE that a **STATUS CONFERENCE** has been scheduled for **TUESDAY, SEPTEMBER 16, 2025 at 2:00 p.m**., before the Honorable Gerald J. Pappert, in Courtroom 11-A, on the Eleventh Floor, at the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

                Very truly yours,

                */s/ Katie Rolon*
                Katie Rolon, Deputy Clerk
                to the Honorable Gerald J. Pappert

Date: August 22, 2025

-Notice filed via ECF