# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>        Defendants. | Civ. A. No. 2:22-cv-05209-GJP |

## ORDER

**AND NOW**, this 22nd day of September, 2025, following a conference with counsel for the parties (Dkt. No. 112), it is **ORDERED** that:

The Department of Justice Office of Inspector General ("DOJ OIG") will complete its document production in response to Defendants' June 5, 2023 Requests for Production served on the United States and agreed to within thirty days of the entry of this Order.

                                          BY THE COURT:

                                          */s/ Gerald J. Pappert*
                                          GERALD J. PAPPERT, J.