IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERISOURCEBERGEN | : | |
| CORPORATION et al | : | NO. 22-5209 |

**O R D E R**

AND NOW, this 23rd day of September, 2025, upon consideration of the Joint Status Report provided to the court on September 15, 2025, and Judge Pappert's Order regarding the production of documents within 30 days (Doc. 113), IT IS HEREBY ORDERED that counsel shall provide a Joint Status Report on or before November 14, 2025, updating the court on the status of discovery and the timing of a settlement conference.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*

_____
CAROLINE GOLDNER CINQUANTO, U.S.M.J.