

|  |  |
|---|---|
| | **U.S. Department of Justice** |
| | *United States Attorney* |
| | *Eastern District of Pennsylvania* |
| Landon Y. Jones, AUSA | 615 Chestnut Street |
| Direct: (215) 861-8323 | Suite 1250 |
| landon.jones@usdoj.gov | Philadelphia, Pennsylvania 19106-4476 |

January 23, 2026

**By Email**
Hon. Gerald J. Pappert
United States District Court for the
    Eastern District of Pennsylvania
11614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    *United States v. AmerisourceBergen, et al.*, No. 22-cv-5209 (E.D. Pa.)
             Proposed Second Amended Scheduling Order

Dear Judge Pappert:

I write on behalf of the United States, and with consent of the defendants, to jointly propose an amended scheduling order extending the existing deadlines (ECF No. 105) by two months. A copy of the proposed second amended scheduling order is attached.

Consistent with the existing scheduling order, both sides certified that they substantially completed document production by November 28, 2025. Since then, the parties have engaged in ongoing discussions to ensure that the productions, especially the government's productions, are complete. Those discussions are ongoing. In addition, it has unfortunately taken the government longer than initially anticipated to prepare and produce its privilege logs, but it anticipates completing that process by the end of March.

The current scheduling order calls for disputes regarding document productions to be raised with the Court by January 30, 2026. Many such disputes may be rendered moot by the parties' ongoing efforts to resolve actual or perceived shortcomings and make any required supplementations. Accordingly, the parties request a two-month extension of that January 30 deadline and all subsequent deadlines.

The parties are separately conferring regarding a proposed schedule for expert discovery, and anticipate submitting either a joint or competing proposals shortly.

The parties are available should the Court wish to discuss these matters further.

Hon Gerald J. Pappert
January 23, 2026
Page **2** of **2**

                                            Respectfully submitted,

                                            Landon Y. Jones

cc:      Counsel of record, via email

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>　　v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>　Defendants. | Civ. A. No. 22-5209 |

**[PROPOSED] SECOND AMENDED SCHEDULING ORDER**

**AND NOW**, on _____, 2026, upon consideration of the parties' request to amend the scheduling order, it is **ORDERED** that the Scheduling Order (ECF No. 72) and Amended Scheduling Order (ECF No. 105) are amended as follows:

1. Any disputes regarding requests for production shall be raised with the Court on or before **Monday, March 30, 2026**.

2. Fact discovery shall be completed on or before **Wednesday, August 12, 2026**.

3. All expert discovery, including depositions, shall be completed on or before **Monday, March 15, 2027.**

4. The Court will conduct a scheduling conference to determine remaining tasks and deadlines after expert discovery concludes, which will include the deadline for any *Daubert* motions.

　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　_____
　　　　　　　　　　　The Honorable Gerald J. Pappert
　　　　　　　　　　　United States District Court Judge