IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,　　　　:　　　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　:
　　　　　　v.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
AMERISOUREBERGEN CORP., et al.　:　　　　NO.  22-5209

**O R D E R**

AND NOW, this 17th day of March 2026,

IT IS HEREBY ORDERED that Plaintiff's counsel shall provide a joint status

report, addressing their progress and the timing of a settlement conference on or before

May 18, 2026.  The report should be emailed to my chambers at

chambers_of_magistrate_judge_caroline_goldner_cinquanto@paed.uscourts.gov.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*
CAROLINE GOLDNER CINQUANTO, U.S.M.J.