**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,     Plaintiff,         v. AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,     Defendants. | Civ. A. No. 22-5209 |

**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RAISE
DISPUTES WITH THE COURT REGARDING REQUESTS FOR PRODUCTION**

Plaintiff the United States of America ("Plaintiff") and Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC ("Defendants"), jointly move the Court to amend the Fourth Amended Scheduling Order to extend the deadline for Defendants to raise disputes with the Court regarding requests for production from July 31, 2026 to August 14, 2026.

The Fourth Amended Scheduling Order allows Defendants to raise with the Court any disputes regarding requests for production on or before July 31, 2026. *See* ECF No. 152. Although Defendants have identified a number of potential disputes, the Parties are actively meeting and conferring about these disputes and hope to resolve them without the need for Court intervention. To allow the Parties more time to meet and confer, the Parties have agreed to a two-week extension of the July 31 deadline in the Fourth Amended Scheduling Order.[1]

---

[1] Pending the outcome of the Parties' meet and confer process and any other developments relevant to the status of the Government's document production, Defendants reserve the right to seek a further extension of the July 31 deadline and the Government reserves the right to oppose any such request.

Dated:  July 28, 2026

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Joseph J. Mahady
Thomas H. Suddath, Jr.
Anne Rollins Bohnet
Abigail M. Swift
**REED SMITH LLP**
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 851-8100
RNicholas@ReedSmith.com
JMahady@ReedSmith.com
tsuddath@reedsmith.com
abohnet@reedsmith.com
aswift@ReedSmith.com

Meredith S. Auten
HOLLAND & KNIGHT
1650 Market Street, 33rd Floor
Philadelphia, PA 19103
215-252-9553
Meredith.Auten@hklaw.com

*Counsel for Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC*

Dated: July 28, 2026

/s/ *John W. Scott*

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

SARMAD M. KHOJASTEH
Senior Counsel
Civil Division

LISA K. HSIAO
Acting Director

JORDAN A. RYAN RINEAR
DEBORAH S. SOHN

DAVID METCALF
United States Attorney for the
Eastern District of Pennsylvania

ANTHONY D. SCICCHITANO
LANDON Y. JONES III
JOHN W. SCOTT
JUDITH A. AMOROSA
ERIN E. LINDGREN
ANDREW R. FUCHS
LAUREN E. DEBRUICKER
MARK J. SHERER
MARK PRIEBE
Assistant U.S. Attorneys
615 Chestnut Street, Suite 1250

2

Trial Attorneys
U.S. Department of Justice
Civil Division
Enforcement & Affirmative Litigation
Branch
P.O. Box 386
Washington, DC 20044
jordan.a.ryan.2@usdoj.gov
deborah.s.sohn@usdoj.gov
202-598-7294

Philadelphia, PA 19106
anthony.scicchitano@usdoj.gov
landon.jones@usdoj.gov
john.scott@usdoj.gov
judith.amorosa@usdoj.gov
erin.lindgren@usdoj.gov
andrew.fuchs@usdoj.gov
Lauren.DeBruicker@usdoj.gov
mark.sherer@usdoj.gov
mark.priebe@usdoj.gov
215-861-8200

JOSEPH NOCELLA, JR.
United States Attorney for the
Eastern District of New York

ELLIOT M. SCHACHNER
DIANE C. LEONARDO
Special Attorneys to the Attorney General
271 Cadman Plaza East
Brooklyn, NY 11201
elliot.schachner@usdoj.gov
diane.beckmann@usdoj.gov
718-254-7000

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/ Robert A. Nicholas*
Robert A. Nicholas