**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>AMERISOURCEBERGEN CORPORATION, et al.,<br>*Defendants.* | CIVIL ACTION<br>NO. 22-5209 |

**<u>FIFTH AMENDED SCHEDULING ORDER</u>**

**AND NOW**, this 28th day of July 2026, after reviewing the parties' Joint Motion (Dkt. Nos. 153), it is **ORDERED** that:

1. The case is referred to Magistrate Judge Caroline A. Cinquanto for settlement.

2. Defendants may raise with the Court any disputes regarding requests for production on or before **Friday, August 14, 2026**.

3. Fact discovery shall be completed on or before **Friday, November 13, 2026**.

4. Plaintiff will serve expert disclosures required under Federal Rule of Civil Procedure 26(a)(2) on or before **Tuesday, January 12, 2027**.

5. Defendants will serve expert disclosures required under Federal Rule of Civil Procedure 26(a)(2) on or before **Friday, March 12, 2027**.

6. Plaintiff will serve reply expert disclosures solely to respond to expert disclosures made by Defendants' experts on or before **Wednesday, May 12, 2027**.

7. All expert discovery, including depositions, shall be completed on or before **Tuesday, June 15, 2027**.

8. The Court will conduct a scheduling conference to determine remaining tasks and deadlines after expert discovery concludes.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.