**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; and INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC,<br><br>Defendants. | Civ. A. No. 2:22-cv-05209-GJP |

**JOINT STIPULATION EXTENDING THE FIFTH AMENDED SCHEDULING ORDER**

Plaintiff United States of America and Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC (collectively, the "Parties"), by and through their undersigned counsel, stipulate and agree that the deadlines set forth in the Fifth Amended Scheduling Order (ECF No. 154) should be extended by approximately 60 days.

The Parties have been working cooperatively and diligently to complete the agreed-upon 70 party-witness depositions before the current November 13, 2026 fact discovery deadline.[1] However, there are still a substantial number of fact depositions (for both party and third-party witnesses) remaining and the Parties are in the process of negotiating and finalizing their respective 30(b)(6) notices. After those notices are finalized, the Parties anticipate the 30(b)(6) depositions

1 The Parties have taken approximately 47 depositions thus far.

will span several days of testimony.[2] The Parties have met and conferred and agree that a 60-day extension will allow them to complete all remaining depositions.

The Parties also agree that the fact discovery period must be completed before the Parties exchange expert disclosures, so that expert witnesses can have the benefit of the full fact discovery record. As a result, the Parties also agree that the remaining deadlines in the current Fifth Amended Scheduling Order should likewise be extended by 60 days and have attached a Proposed Sixth Amended Scheduling Order to this Stipulation.

Dated: October 16, 2026

/s/ Robert A. Nicholas
Robert A. Nicholas
Joseph J. Mahady
Thomas H. Suddath, Jr.
Anne Rollins Bohnet
Abigail M. Swift
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 851-8100
RNicholas@ReedSmith.com
JMahady@ReedSmith.com
tsuddath@reedsmith.com
abohnet@reedsmith.com
aswift@ReedSmith.com

Meredith S. Auten
HOLLAND & KNIGHT
1650 Market Street, 33rd Floor
Philadelphia, PA 19103
215-252-9553
Meredith.Auten@hklaw.com

*Counsel for Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation, and Integrated Commercialization Solutions, LLC*

---

[2] Pursuant to the Parties' Deposition Protocol (ECF No. 127), the Government is allocated 30 hours for Defendants' 30(b)(6) and Defendants are allocated 25 hours for the Plaintiff's 30(b)(6).

BRETT A. SHUMATE
Assistant Attorney General

CODY M. POPLIN
Deputy Assistant Attorney General

HILARY K. PERKINS
Director, Enforcement & Affirmative Litigation Branch

LISA K. HSIAO
Deputy Director, Enforcement Section

JORDAN A. RYAN RINEAR
DEBORAH S. SOHN
Trial Attorneys
U.S. Department of Justice
Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044
jordan.a.ryan.2@usdoj.gov
deborah.s.sohn@usdoj.gov
202-598-7294

*<u>/s/ Landon Y. Jones</u>*

DAVID METCALF
United States Attorney for the
Eastern District of Pennsylvania

LANDON Y. JONES III
JOHN W. SCOTT
JUDITH A. AMOROSA
ERIN E. LINDGREN
ANDREW R. FUCHS
MARK J. SHERER
MARK PRIEBE
VIVECA D. PARKER
Assistant U.S. Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
landon.jones@usdoj.gov
john.scott@usdoj.gov
judith.amorosa@usdoj.gov
erin.lindgren@usdoj.gov
andrew.fuchs@usdoj.gov
mark.sherer@usdoj.gov
mark.priebe@usdoj.gov
viveca.parker@usdoj.gov
215-861-8200

JOSEPH NOCELLA, JR.
United States Attorney for the
Eastern District of New York

ELLIOT M. SCHACHNER
DIANE C. LEONARDO
Special Attorneys to the Attorney General
271 Cadman Plaza East
Brooklyn, NY 11201
elliot.schachner@usdoj.gov
diane.beckmann@usdoj.gov
718-254-7000

*Counsel for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, I served a true and correct copy of the foregoing upon all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Robert A. Nicholas*
Robert A. Nicholas